IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ARTHUR BRENNAN MALLOY, 101329, )<br>)<br>    Petitioner, )<br>v.                                              )<br>)<br>CARTER F. DAVENPORT, *et al.*,   )<br>)<br>    Respondents.               ) | CASE NO. 2:12-cv-183-TMH<br>        WO |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The petitioner's objection (Doc. #6) to the Recommendation of the Magistrate Judge filed on April 3, 2012 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #5) filed on March 20, 2012 and is adopted;

3. That the petition for habeas corpus relief filed by Mallory is DENIED and this case is DISMISSED without prejudice to allow petitioner to complete his appeal in *Mallory v. Wise, et al.*, Civil Action No. 09-cv-964-TMH.

DONE this the 5th day of April, 2012.

                                                      /s/ Truman M. Hobbs
                                   SENIOR UNITED STATES DISTRICT JUDGE