IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ARTHUR BRENNAN MALLOY, 101329, )
                                )
        Petitioner,             )
v.                              )    CASE NO.  2:12-cv-183-TMH
                                )              WO
CARTER F. DAVENPORT, *et al.*,  )
                                )
        Respondents.            )

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE

of the court that:

1.  The petitioner's objection (Doc. #6) to the Recommendation of the Magistrate

Judge filed on April 3, 2012 is overruled;

2.  The Recommendation of the Magistrate Judge (Doc. #5) filed on March 20, 2012

and is adopted;

3.  That the petition for habeas corpus relief filed by Mallory is DENIED and this case

is DISMISSED without prejudice to allow petitioner to complete his appeal in *Mallory v.*

*Wise, et al.*, Civil Action No. 09-cv-964-TMH.

DONE this the 5th  day of April, 2012.


                                    /s/ Truman M. Hobbs
                        _____
                        SENIOR UNITED STATES DISTRICT JUDGE